Jessica Renee Kenney (026615)
Christopher J. Dylla (027114)
**McCarthy ◆ Holthus ◆ Levine**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
480.302.4100
JKenney@mccarthyholthus.com

Attorneys for Movant,
Seterus, Inc. as attorney in fact for Fannie Mae ("Federal National Mortgage Association"), its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
| Benjamin Jones, | ) Chapter 7 |
| Jessica Treola Jones, | ) Case No. 2:11-bk-34839-SSC |
| Debtors. | ) |
| Seterus, Inc. as attorney in fact for Fannie Mae ("Federal National Mortgage Association"), its successors and/or assigns, | ) **ORDER ON MOTION FOR ABANDONMENT** |
| Movant, | ) |
| v. | ) |
| Benjamin Jones, Jessica Treola Jones, Debtors; and Brian J. Mullen, Chapter 7 Trustee, | ) |
| Respondents. | ) |

    Seterus, Inc. as attorney in fact for Fannie Mae ("Federal National Mortgage Association"), its successors and/or assigns ("Movant"), having filed a Motion for Abandonment with respect to the hereinafter-described property after appropriate notice and

File No. AZ-12-69041      1      Case No. 2:11-bk-34839-SSC
Proof of Service of Order on Motion for Abandonment

Case 2:11-bk-34839-SSC    Doc 53    Filed 06/12/12    Entered 06/13/12 08:58:32    Desc
Main Document - Motion to Compel Abandonment (176.00 fee)      Page 1 of 2

opportunity for a hearing, no party in interest having objected to such abandonment, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all of the Trustee's interest in the following property generally described as 5053 South Marble Street, Gilbert, AZ 85296, is abandoned.

DATED:

_____

File No. AZ-12-69041          2          Case No. 2:11-bk-34839-SSC
Proof of Service of Order on Motion for Abandonment
Case 2:11-bk-34839-SSC    Doc 53    Filed 06/12/12    Entered 06/13/12 08:58:32    Desc
Main Document - Motion to Compel Abandonment (176.00 fee)      Page 2 of 2